**Lee Edward GUNN, Petitioner–Appellant,**

v.

**Charles M. CONDON, Attorney General of the State of South Carolina; Warden, Broad River Correctional Institution, Respondents–Appellees.**

No. 01–7440.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 7, 2002.

Decided April 19, 2002.

Lee Edward Gunn, Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lee Edward Gunn appeals the district court's order granting the Appellees' motion for summary judgment and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Gunn v. Condon*, No. CA–00–2563–6–13AK (D.S.C. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*